IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Ryan Robinson                               :

    Plaintiff                              :

v.                                          :

John Doe Dental Surgeon                     :

    Respondent                             :

14-376

FILED
SCRANTON

FEB 28 2014

PER_____
DEPUTY CLERK

42 U.S.C. §1983 Complaint

I. <u>Previous Lawsuits</u> - NONE

II. <u>Exhaustion of Administrative Remedies</u>:

    A. Initial Grievance #450452

    B. Grievance appeal to Facility Manager

    C. Final Review

    D. Result: Grievance denied.

III. <u>Defendant</u> - The name of the surgeon who performed the procedure is not known at this time and is therefore being referred to as John Doe Dental Surgeon (JDDS), hereafter.

IV. <u>STATEMENT OF CLAIM</u>

1. On February 9, 2012, I had a wisdom tooth pulled by JDDS.

2. Subsequent to that extraction I began to experience severe pain to my jaw joints and an inability to bite properly.

3. After several oral consultations I had oral surgery on my left jaw to correct the problem.

4. Subsequent to the surgery on my left jaw, I had to return to the hospital to have surgery on my right jaw.

5. Consequently, my jaw pops and continues to cause much pain and the doctors who performed the surgery have indicated that I will have this popping and pain for the remainder of my life.

6. Plaintiff did not have a history of jaw trouble prior to the tooth extraction by JDDS.

V. RELIEF

1. Find JDDS guilty of medical malpractice.

2. Compensatory damages for the pain and suffering that Plaintiff has had to endure for the past two years as a result of respondent.

3. Compensatory damages for the pain and suffering that Plaintiff will have to endure for the rest of his life.

4. Compensatory damages for any additional surguries (if needed) beyond Plaintiff's present period of incarceration.

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of FEB., 2014.

_____
Ryan Robinson, Pro Se Plaintiff

2.

PROOF OF SERVICE

I hereby certify that I am serving the 1983 Complaint upon the persons and in the manner indicated below which service satisfies the requirements of Pa.R.A.P. 121:

SERVICE BY FIRST CLASS MAIL

United States District Clerk's Office
William J. Nealon Federal Bldg.
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

John Doe Respondent
C/o Clerk's Office
William J. Nealon Federal Bldg.
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

– and –

PA Dept. of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

Office of the Attorney General
15th Floor., Strawberry Square
Harrisburg, PA 17120

Ryan Robinson, Petitioner In Proper Person

Date FEB. 24, 2014.

RYAN ROBINSON
JW-7163
1 Kelley Drive
Coal Township, PA 17866-1021

(No Fee Enclosed -SP)