IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN ROBINSON, | : | CIVIL NO. 3:14-CV-0376 |
| | : | |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| JOHN DOE, DENTAL SURGEON, | : | |
| | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

AND NOW, to wit, this 3rd day of October 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The order (Doc. 9) directing service of the complaint is VACATED.

2. The motion to proceed *in forma pauperis* (Doc. 5) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

3. Plaintiff's complaint (Doc. 1) is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court